```
              UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    SOUTHERN DIVISION
```

United States of America,                    Civil No. 1:96CV66BRR

        Plaintiff,

        v.

Kelvin S. Rodgers,

        Defendant,

        and

Northrop Grumman Ship Systems, Inc.,

        Garnishee.

## **GARNISHEE ORDER**

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on February 22, 2008, stating that at the time of the service of the writ he/she had in his possession, or under control personal property belonging to and due defendant, and that garnishee was indebted to defendant.

On January 25, 2008, the defendant was notified of his/her right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee withhold twenty five percent (25%) of defendant's disposable earnings and forward said payments to plaintiff until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court.

ORDERED this __11th__ day of __March__, 2008

                                               ___s/ David Bramlette___
                                               UNITED STATES DISTRICT JUDGE